IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BABU SAMUEL KALLUVILAYIL | ) | |
| | ) | CIVIL ACTION NO. 9:23-CV-00091 |
| v. | ) | |
| | ) | |
| UNITED STATES IMMIGRATION | ) | |
| & CUSTOMS SERVICE, *et al.* | ) | |
| | ) | |

## **SWORN DECLARATION OF DEPORTATION OFFICER FABIOLA BENAVENTE-LINSCOTT**

In accordance with 28 U.S.C. § 1746, I, Fabiola Benavente-Linscott, make the following sworn declaration under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. My name is Fabiola Benavente-Linscott. I am a Deportation Officer assigned to the Houston, Texas, Field Office of Enforcement and Removal Operations (ERO) of the U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been employed by DHS since March 2013 and have been in my current position since May 2020.

2. This declaration is based on my executive and professional knowledge of this matter, information obtained from records maintained by DHS, and as indicated by other U.S. Government employees regarding Mr. Babu Samuel KALLUVILAYIL, A XXX-XXX-290. I provide this declaration in my professional capacity to the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

3. My present duties include the processing and removal of aliens who are detained and subject to final orders of removal. As a Deportation Officer, I am responsible

1

for, inter alia, managing the cases of aliens who are in immigration proceedings and who have final orders of removal.

4.    On March 22, 1991, in the Criminal District Cout of Dallas County, Texas, KALLUVILAYIL was convicted of Murder and sentenced to life confinement by the Texas Department of Criminal Justice (TDCJ) (Cause Number F-91-00956-TH).

5.    On March 28, 2000, KALLUVILAYIL was ordered removed by an Immigration Judge from the United States to India.  KALLUVILAYIL waived his right to appeal the order of removal.

6.    KALLUVILAYIL is currently in the custody of TDCJ.  He is not in the custody of DHS.

7.    There is currently an Immigration Detainer in place for KALLUVILAYIL with TDCJ.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed on this 8th day of April 2025.


*Fabiola B-Linscott*
_____
Fabiola Benavente-Linscott
Deportation Officer
ICE/ERO, Houston, Texas

2