**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BABU SAMUEL KALLUVILAYIL, | § § § | |
| Petitioner, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:23-CV-91 |
| UNITED STATES IMMIGRATION AND CUSTOMS SERVICE, ET AL. | § § § § | |
| Respondent. | § § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Babu Samuel Kalluvilayil, an inmate at the Lewis Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends granting the respondent's motion to dismiss (#13) and denying the petitioner's motion not to dismiss (#14).  To date, the parties have not filed objections to the Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of facts and conclusion of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#16) is **ADOPTED**.  It is

**ORDERED** that the respondent's motion to dismiss is **GRANTED**.  It is further

**ORDERED** that the petitioner's motion not to dismiss is **DENIED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 17th day of March, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE